# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GRIFFIN,<br><br>           Plaintiff,<br><br>    v.<br><br>D LOPEZ,<br><br>           Defendant. | Case No. 1:17-cv-00487-AWI-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE (ECF No. 10)<br><br>TWENTY-DAY DEADLINE |

Plaintiff Willie Griffin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 24, 2017, the Court screened Plaintiff's amended complaint and found that it stated a claim against Defendant Lopez for deliberate indifference in violation of the Eighth Amendment, and retaliation in violation of the First Amendment. (ECF No. 10.) Plaintiff was directed to either file a second amended complaint curing the deficiencies identified by the Court, or notify the Court in writing that he wished to proceed only on the claims found cognizable, within thirty days from the date of service of that order. (Id. at 9-10)

The thirty-day deadline has passed, and Plaintiff has not complied with the Court's previous order. Plaintiff recently filed a change of address notice on October 2, 2017, (ECF No. 11), but has not had any other communication with the Court.

Accordingly, IT IS HEREBY ORDERED that within **twenty (20) days** of the date of service of this order, Plaintiff shall show cause in writing as to why this action should not be dismissed for Plaintiff's failure to comply with the August 24, 2017 order. In the alternative,

Plaintiff may comply with this order by filing a second amended complaint or written notice to proceed on the cognizable claims in the amended complaint as discussed in the Court's October 2, 2017 screening order, within twenty (20) days of the date of service of this order. **Plaintiff is warned that the failure to timely comply with this order will result in the dismissal of this action**.

IT IS SO ORDERED.

Dated: __**October 3, 2017**__

UNITED STATES MAGISTRATE JUDGE